**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| ERVIN BRADLEY v. FRITO LAY | Civil Action No. 3:05-cv-742 WS |
| ROBERTA W. THOMAS v. FRITO LAY | Civil Action No. 3:05-cv-743 WS |
| JANE A. BULLY v. FRITO LAY | Civil Action No. 3:05-cv-744 WS |
| TERRY BLACKMON v. FRITO LAY | Civil Action No. 3:05-cv-745 WS |
| LAIRD MOSES v. FRITO LAY | Civil Action No. 3:05-cv-746 WS |
| ROOSEVELT RANSBURY v. FRITO LAY | Civil Action No. 3:05-cv-747 WS |
| CARL RANSBURY v. FRITO LAY | Civil Action No. 3:05-cv-748 WS |
| LISA CHAMBERS v. FRITO LAY | Civil Action No. 3:05-cv-749 WS |
| FRANCES CLAY v. FRITO LAY | Civil Action No. 3:05-cv-750 WS |
| GERLDEAN DAVIS v. FRITO LAY | Civil Action No. 3:05-cv-751 WS |
| MARY A. FUNCHES v. FRITO LAY | Civil Action No. 3:05-cv-752 WS |
| LESIA ANN JOHNSON v. FRITO LAY | Civil Action No. 3:05-cv-753 WS |
| RONNEY E. MAGEE v. FRITO LAY | Civil Action No. 3:05-cv-754 WS |
| JERLEAN McCOY v. FRITO LAY | Civil Action No. 3:05-cv-755 WS |
| HELEN WASHINGTON v. FRITO LAY | Civil Action No. 3:05-cv-756 WS |
| BERNITA TAYLOR v. FRITO LAY | Civil Action No. 3:05-cv-757 WS |
| CARIE FRAZIER v. FRITO LAY | Civil Action No. 3:05-cv-758 WS |
| BARRY HERON v. FRITO LAY | Civil Action No. 3:05-cv-759 WS |
| ROY LEE HICKS v. FRITO LAY | Civil Action No. 3:05-cv-760 WS |

## **FINAL JUDGMENT**

Before this court is the motion of the defendant, Frito-Lay, for summary judgment. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendant is well taken and should be granted. The Memorandum Opinion and Order entered by this court on September 25, 2006, is incorporated by reference. For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the defendant and against the plaintiffs and that the defendant should be awarded its costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiffs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 25th day of September, 2006.**

**s/ HENRY T. WINGATE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| ERVIN BRADLEY v. FRITO LAY | Civil Action No. 3:05-cv-742 WS |
| ROBERTA W. THOMAS v. FRITO LAY | Civil Action No. 3:05-cv-743 WS |
| JANE A. BULLY v. FRITO LAY | Civil Action No. 3:05-cv-744 WS |
| TERRY BLACKMON v. FRITO LAY | Civil Action No. 3:05-cv-745 WS |
| LAIRD MOSES v. FRITO LAY | Civil Action No. 3:05-cv-746 WS |
| ROOSEVELT RANSBURY v. FRITO LAY | Civil Action No. 3:05-cv-747 WS |
| CARL RANSBURY v. FRITO LAY | Civil Action No. 3:05-cv-748 WS |
| LISA CHAMBERS v. FRITO LAY | Civil Action No. 3:05-cv-749 WS |
| FRANCES CLAY v. FRITO LAY | Civil Action No. 3:05-cv-750 WS |
| GERLDEAN DAVIS v. FRITO LAY | Civil Action No. 3:05-cv-751 WS |
| MARY A. FUNCHES v. FRITO LAY | Civil Action No. 3:05-cv-752 WS |
| LESIA ANN JOHNSON v. FRITO LAY | Civil Action No. 3:05-cv-753 WS |
| RONNEY E. MAGEE v. FRITO LAY | Civil Action No. 3:05-cv-754 WS |
| JERLEAN McCOY v. FRITO LAY | Civil Action No. 3:05-cv-755 WS |
| HELEN WASHINGTON v. FRITO LAY | Civil Action No. 3:05-cv-756 WS |
| BERNITA TAYLOR v. FRITO LAY | Civil Action No. 3:05-cv-757 WS |
| CARIE FRAZIER v. FRITO LAY | Civil Action No. 3:05-cv-758 WS |
| BARRY HERON v. FRITO LAY | Civil Action No. 3:05-cv-759 WS |
| ROY LEE HICKS v. FRITO LAY | Civil Action No. 3:05-cv-760 WS |

**Final Judgment**